## BACHE HALSEY STUART, INC. v. HUNSUCKER

No. 159 P.C.

Case below: 38 N.C. App. 414.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

## BOARD OF TRANSPORTATION v. RECREATION COMM.

No. 167 P.C.

Case below: 38 N.C. App. 708.

Petition by defendants (Diocese, Trustees and Bishop) for discretionary review under G.S. 7A-31 denied 5 February 1979. Motion of defendant-appellee (Recreation Comm.) to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.

## BUCHANAN v. MITCHELL COUNTY

No. 162 P.C.

Case below: 38 N.C. App. 596.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

## CAVENDISH v. CAVENDISH

No. 166 P.C.

Case below: 38 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

## DEPT. OF SOCIAL SERVICES v. MALONE

No. 173 P. C.

Case below: 38 N.C. App. 242.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.